IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JORGE G. CASAS, | : | CIVIL ACTION |
| | : | NO. 09-6133 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BANK OF AMERICA, N.A., | : | |
| | : | |
| Defendant. | : | |

### **O R D E R**

**AND NOW**, this **30th** day of **August, 2011,** it is hereby **ORDERED** that Defendant's motion for summary judgment (doc. no. 24 & 27) is **GRANTED**.

**AND IT IS SO ORDERED.**

                                             **S/Eduardo C. Robreno**
                                             **EDUARDO C. ROBRENO, J.**